IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GEORGE W. DAVIS BEY,
   Petitioner,

v.                                                        Civil No. 3:20cv673(DJN)

COMMONWEALTH OF VIRGINIA,
   Respondent.

## MEMORANDUM OPINION

Petitioner George Davis Bey ("Petitioner"), a Virginia prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on September 3, 2020, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). (ECF No. 2.) The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action without prejudice under Federal Rule of Civil Procedure 41(b).

More than eleven (11) days have elapsed since the entry of the September 3, 2020 Memorandum Order and Petitioner has not responded. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                      /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Dated: October 29, 2020